LEWIS COON and JULIAN T. SAXE, Respondents, Appellants, v. ALBERT SAXE, Appellant, Respondent.

*Depositions — examination of defendant before trial — order modified.*

CROSS-APPEALS from an order of the Supreme Court, entered in the New York county clerk's office December 13, 1920. Plaintiffs appeal from the whole of said order granting defendant's motion to set aside and vacate an order for the examination of defendant before trial, and the defendant appeals from so much of the order as denies any part of the relief demanded under the order to show cause.

DOWLING, J.: In so far as the defendant appeals from the order in question, it is affirmed. Upon the plaintiffs' appeal the order is modified by reinstating in the order for the examination of defendant the following matters upon which he is to be examined: (1) So much of subdivision " b " as provides for his examination as to whether he agreed to pay these plaintiffs the usual, reasonable and customary compensation for their services as real estate brokers. (2) All of subdivision " g." (3) So much of subdivision " i " as provides for his examination as to whether in violation of his agreement with plaintiffs, he failed to deliver the properties in question on the terms and conditions set by him. (4) All of subdivision " j." As so modified, the order appealed from is affirmed, with ten dollars costs and disbursements to plaintiffs. Clarke, P. J., Smith, Page and Greenbaum, JJ., concur. Order modified as indicated in opinion, and as so modified affirmed, with ten dollars costs and disbursements to plaintiffs. Settle order on notice.

---

WARREN A. MILLER v. ALBERTINA REALTY COMPANY. — Appeal dismissed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALFRED I. LAING, Appellant, v. THE BRISTOL BRASS CORPORATION, Respondent.— Appeal dismissed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AUGUSTA LANDES, Respondent, v. LEONARD LANDES, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.